1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **SOUTHERN DISTRICT OF CALIFORNIA**
10   WILLIAM M. GATES,                    CASE NO. 17CV901-WQH-BGS
11                           Plaintiff,
12         v.                            **ORDER**
     H. GOMEZ, Correctional Officer; H.
13   FLORENDO, Psych Tech/Nurse; and
     C. GODINEZ, Sergeant/Correctional
14   Officers,
15                          Defendants.
16

17   HAYES, Judge:

18        The matter before the Court is the review of the Report and Recommendation

19   issued by United States Magistrate Judge (ECF No. 17) recommending that the

20   Defendants' motion for summary judgment (ECF No. 14) be granted and Defendants'

21   motion to dismiss (ECF No. 13) be granted in part and denied in part.

22        The duties of the district court in connection with a report and recommendation

23   of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28

24   U.S.C. § 636(b). The district judge must "make a de novo determination of those

25   portions of the report . . . to which objection is made," and "may accept, reject, or

26   modify, in whole or in part, the findings or recommendations made by the magistrate."

27   28 U.S.C. § 636(b). The district court need not review de novo those portions of a

28   Report and Recommendation to which neither party objects. *See Wang v. Masaitis*, 416

                                    - 1 -                          17cv901-WQH-BGS

1  F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

2  (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Federal Magistrates Act]

3  requires a district judge to review, de novo, findings and recommendations that the

4  parties themselves accept as correct.").

5         No party has filed an objection to the Report and Recommendation. The Court

6  has reviewed the Report and Recommendation, the record, and the submissions of the

7  parties.

8         IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 17)

9  is adopted in its entirety.  IT IS FURTHER ORDERED that Defendants' motion to

10 dismiss (ECF No. 13) is granted in part and denied in part as set forth in the Report and

11 Recommendation and Defendants' motion for summary judgment (ECF No. 14) is

12 granted.  This case is dismissed.  The Clerk is ordered to enter judgment in favor of

13 Defendants and against Plaintiff and to close the case.

14 DATED:  August 28, 2018

15                                        **WILLIAM Q. HAYES**

16                                        United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28